1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   William H. Taylor,                      )   No. CV 08-1032 PHX-NVW (DKD)
                                            )
10                  Petitioner,             )   **ORDER**
                                            )
11  vs.                                     )
                                            )
12  Ricardo E. Chavez,                      )
                                            )
13                  Respondent.             )
                                            )
14  _____       )

15          Before the court is Petitioner's Petition for Writ of Habeas Corpus pursuant to 28

16  U.S.C. § 2241 (doc. #1). On May 15, 2009, United States Magistrate Judge Duncan issued

17  a Report and Recommendation ("R & R") (doc. # 14) in accordance with 28 U.S.C. §

18  636(b)(1)(B).  The R & R recommended that the petition be dismissed as moot.  No

19  objections were filed.

20          The court has reviewed the R & R and agrees with the magistrate judge's

21  determinations.  Accordingly, the court will accept the R & R and dismiss the Petition for

22  Writ of Habeas Corpus. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may

23  accept, reject, or modify, in whole or in part, the findings or recommendations made by the

24  magistrate judge").

25          IT IS THEREFORE ORDERED accepting the Report and Recommendation of

26  Magistrate Judge Duncan (doc. #14).

27

28

1    IT IS FURTHER ORDERED that Clerk of the Court enter judgment dismissing

2  Petitioner's Petition for Writ of Habeas Corpus (doc. #1) as moot. The Clerk shall terminate

3  this action.

4    DATED this 8th day of June, 2009.

5

6

7    _____
                 Neil V. Wake

8             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28